**Motion to Sever Granted; Order filed November 14, 2019**



In The

# Fourteenth Court of Appeals

_____

NO. 14-19-00546-CV
_____

## POST ACUTE MEDICAL, LLC; PAM PHYSICIAN ENTERPRISE; CLEAR LAKE INSTITUTE FOR REHABILITATION, LLC, Appellants

### V.

## MERIDIAN HOSPITAL SYSTEMS CORPORATION, Appellee

_____

NO. 14-19-00907-CV
_____

## KEY MANAGEMENT GROUP, LLC, Appellant

### V.

## MERIDIAN HOSPITAL SYSTEMS CORPORATION, Appellee

**On Appeal from the 11th District Court
Harris County, Texas
Trial Court Cause No. 2019-23790**

# ORDER

This is an appeal from two interlocutory orders signed July 10, 2019. Appellants Post Acute Medical, LLC; PAM Physician Enterprise; and Clear Lake Institute for Rehabilitation, LLC ("PAM Appellants") filed a notice of appeal on July 11, 2019. Appellants Key Management Group, Inc. ("KMG") filed a notice of appeal on July 23, 2019.

On July 31, 2019, appellants jointly filed a motion to sever the PAM Appellants' appeal from the KMG appeal. That motion is **GRANTED**.

We order the appeal filed by KMG on July 23, 2019 **SEVERED** from this case and filed under a new appellate case number **14-19-00907-CV** as determined by this court's clerk and styled *Key Management Group, LLC v. Meridian Hospital Systems Corporation*. The clerk of this court is further ordered to copy: (1) the supplemental clerk's record filed in this case on September 25, 2019; (2) all of reporter's records filed in this case; and (3) Appellant Key Management Group, LLC's Brief filed October 21, 2019 into the new appellate case.

Appellee's response brief is due in both of the appellate cases by **December 12, 2019.**


PER CURIAM

Panel Consists of Justices Zimmerer, Spain, and Hassan.